**Exhibit B**



# INVOICE

ABM ELECTRICAL POWER SERVICES
14201 FRANKLIN AVE
TUSTIN, CA 92780

| INVOICE # | INVOICE DATE |
|---|---|
| 18839545 | 01/31/24 |
| **CLIENT #** | **JOB #** |
| 12173521 | 86672266 |
| **CLIENT PO #** | **DUE DATE** |
|  | 03/01/24 |

**CLIENT**

SHERWOOD GROVES AUTO GROUP LLC
454 GOLDEN MILE ROAD
TOWANDA, PA 18848

**SERVICE LOCATION**

PRO-SHERWOOD GROVES BUICK GMC_TK 206178
454 GOLDEN MILE RD
TOWANDA, PA 18848

| REMARKS | AMOUNT | TAX RATE | TAX | TOTAL |
|---|---|---|---|---|
| TK INSTALLATION | 204,101.31 | 0.000% | 0.00 | 204,101.31 |

**Send ACH Payments To:**
BANK OF AMERICA
Account # 1499505328
Transit # 122000030
Remittances: ACH@ABM.com

**Please note:**
**Our NEW Remit To address:**
PO BOX 419860
BOSTON, MA  02241-9860

| | |
|---|---|
| **PRE-TAX TOTAL** | $204,101.31 |
| **TAX** | $0.00 |
| **TOTAL** | $204,101.31 |

For questions about this invoice, email ABM.Billing@abm.com.
For all other inquiries, please contact your ABM Representative.

**!!!IMPORTANT NOTICE!!!:** PLEASE CALL ABM AT 713-776-5052 TO REPORT ANY ATTEMPT TO CHANGE THE REMITTANCE INSTRUCTIONS LISTED ON THIS INVOICE

Page    1 of 1



# INVOICE

ABM ELECTRICAL POWER SERVICES
14201 FRANKLIN AVE
TUSTIN, CA 92780

| INVOICE # | INVOICE DATE |
|---|---|
| 19674619 | 04/30/25 |

| CLIENT # | JOB # |
|---|---|
| 12173521 | 86672266 |

**CLIENT**

SHERWOOD GROVES AUTO GROUP LLC
454 GOLDEN MILE ROAD
TOWANDA, PA 18848

| CLIENT PO # | DUE DATE |
|---|---|
|  | 05/30/25 |

**SERVICE LOCATION**

PRO-SHERWOOD GROVES BUICK GMC_TK 206178
454 GOLDEN MILE RD
TOWANDA, PA 18848

| REMARKS | AMOUNT | TAX RATE | TAX | TOTAL |
|---|---|---|---|---|
| TK INSTALLATION | 8,689.50 | 0.000% | 0.00 | 8,689.50 |

For work performed from 1/20/2024 to 4/14/2025

**Send ACH Payments To:**
BANK OF AMERICA
Account # 1499505328
Transit #  121000358
Remittances:  ACH@ABM.com

**Please note:**
**Our NEW Remit To address:**
PO BOX 419860
BOSTON, MA  02241-9860

| PRE-TAX TOTAL | $8,689.50 |
|---|---|
| TAX | $0.00 |
| TOTAL | $8,689.50 |

For questions about this invoice, email ABM.Billing@abm.com.
For all other inquiries, please contact your ABM Representative.

**!!!IMPORTANT NOTICE!!!:** PLEASE CALL ABM AT 713-776-5052 TO REPORT ANY ATTEMPT TO CHANGE THE REMITTANCE INSTRUCTIONS LISTED ON THIS INVOICE